

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00041-CR

ENRIQUE RAYMON TURNER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 402nd District Court
Wood County, Texas
Trial Court No. 25,122-2022

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

A Wood County jury convicted Enrique Raymon Turner of assault. On March 6, 2024, Turner's trial counsel filed a notice of appeal with the Wood County District Clerk, designating that the appeal would be taken to the Twelfth Court of Appeals. The district clerk then forwarded that notice to the Twelfth Court.[1] Subsequently, on March 7, 2024, Turner's appointed appellate counsel filed an "amended" notice of appeal, designating that the appeal would be taken to the Sixth Court of Appeals. The district clerk forwarded that amended notice to this Court. As a result, both the Twelfth and Sixth Courts opened causes related to Turner's direct appeal from his Wood County assault conviction.

In such a situation, the first-filed notice of appeal controls. *Capehart v. State*, 257 S.W.3d 814, 815 (Tex. App.—Texarkana 2008, no pet.); *Cooper v. State*, No. 06-08-00199-CR, 2008 WL 11394416 (Tex. App.—Texarkana Nov. 26, 2008, no pet.) (mem. op., not designated for publication); *Wylie v. State*, Nos. 12-21-00129-CR & 12-21-00130-CR, 2021 WL 3671328 (Tex. App.—Tyler Aug. 18, 2021, no pet.) (per curiam) (mem. op., not designated for publication). Consequently, the Twelfth Court of Appeals has jurisdiction over Turner's appeal.

On March 13, 2024, we sent a letter to Turner's appointed appellate counsel asking that she demonstrate to this Court how it had jurisdiction over this appeal. She was advised that, if we did not receive an adequate response within ten days of the date of that letter, we would have no choice but to dismiss the appeal for want of jurisdiction. Counsel did not file a response.

---

[1] The cause number of Turner's appeal in the Twelfth Court of Appeals is 12-24-00036-CR.

2

Based on the foregoing, we dismiss this appeal for want of jurisdiction.


Charles van Cleef
Justice

Date Submitted:    April 11, 2024
Date Decided:     April 12, 2024

Do Not Publish